1    MELINDA HAAG (CABN 132612)
     United States Attorney
2
     JOANN M. SWANSON (CSBN 88143)
3    Chief, Civil Division

4    MELANIE L. PROCTOR (CSBN 228971)
     Assistant United States Attorney
5
         450 Golden Gate Avenue, Box 36055
6        San Francisco, California 94102-3495
         Telephone: (415) 436-6730
7        FAX:        (415) 436-6748
         E-mail:     melanie.proctor@usdoj.gov
8
     Attorneys for Respondents
9

10                   UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13   GIRLIE BELTRAN,                  )    No. C 11-3147 SBA
                                      )
14           Petitioner,              )
                                      )
15       v.                           )    JOINT MOTION TO TRANSFER VENUE
                                      )
16   TIMOTHY AIKEN, Field Office Director, )
     Enforcement and Removal Operations, U.S. )
17   Immigration and Customs Enforcement, *et* )
     *al.*,                           )
18                                    )
             Respondents.             )
19   _____ )

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

On June 24, 2011, Petitioner Girlie Beltran ("Petitioner") filed a habeas petition and ex parte application for stay of deportation. However, custody decisions regarding petitioner are made by the Sacramento Field Office; accordingly, the parties hereby jointly move the Court to transfer this action to the Eastern District of California.

Dated: June 28, 2011                      Respectfully submitted,

                                          MELINDA HAAG
                                          United States Attorney


                                          _____/s/_____
                                          MELANIE L. PROCTOR[1]
                                          Assistant United States Attorney
                                          Attorneys for Respondents

Dated: June 28, 2011

                                          _____/s/_____
                                          MATTHEW MULLER
                                          Attorney for Petitioner

                          ~~PROPOSED~~ ORDER

Pursuant to the joint motion of the parties, IT IS SO ORDERED. This action is hereby transferred to the Eastern District of California.


Dated:   6/30/11

                                          _Saundra B Armstrong_
                                          SAUNDRA BROWN ARMSTRONG
                                          United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I obtained the concurrence of all signatories represented by a conformed (/s/) signature in the filing of this document.

JOINT MOTION TO TRANSFER VENUE
No. C 11-3147 SBA